UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| NORMA BIBIANO, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 3:25-cv-00013-DHB-BKE |
| JOSHUA GARRETT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' SETTLEMENT MOTION**

Defendants, through counsel, respectfully submit this response to Plaintiffs' motion to approve settlement. (Doc. 17). As Plaintiffs correctly state in their motion, the parties have resolved this case in a somewhat unusual fashion: a combined settlement of a separate Superior Court lawsuit with this federal lawsuit. As Plaintiffs note and the Court is aware, Georgia law requires state courts to approve settlements involving minors. Accordingly, Plaintiffs simultaneously moved to approve settlement in both the Superior Court case and this federal case.

As a matter of comity, Defendants respectfully request this Court to allow any state courts that are considering the settlement to render their decisions before this Court does so. Barring objections or rejections of the settlement by those state court(s), Defendants would then ask this Court to approve the settlement. Counsel will promptly notify this Court when the Georgia state court(s) have concluded their review of the settlement and issued orders.

Respectfully submitted this 14th day of November, 2025.

/s/ Kenneth D. Crowder
Special Assistant Attorney General
Georgia Bar # 123985
ken@crowderstewart.com

1

*/s/ David M. Stewart*
Special Assistant Attorney General
Georgia Bar # 142029
david@crowderstewart.com

CROWDER STEWART LLP
540 James Brown Blvd.
Post Office Box 160
Augusta, Georgia 30903
706-434-8799

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to any attorneys of record.

      This 14th day of November, 2025.

                                          */s/ Kenneth D. Crowder*
                                          Attorney for Defendants