**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**DUBLIN DIVISION**

| | | |
|---|---|---|
| NORMA BABIANO as next friend to minor child, A.R., and as administrator for the Estate of JUAN CARLOS RAMIREZ BIBIANO, | * | |
| Plaintiff, | * | |
| | * | CV 325-013 |
| v. | * | |
| JOSHUA GARRETT, MICHAEL PAULK, RONNEISHA MOORE, ARLENE HUNT, VERONICA STEWART, and ANDREW MCFARLANE, | * | |
| Defendants. | * | |

**O R D E R**

This matter is before the Court on Plaintiff Norma Bibiano's motion to approve the settlement of a disputed claim on behalf of a minor, A.R. The settlement encompasses the claims made in the case at bar as well as in a companion state case filed in the Superior Court of Telfair County. Recently, the Telfair County Superior Court, after conducting a hearing on the matter, approved the settlement as it pertains to the state law claims before it.

The Court has reviewed the original brief in support explaining the distribution of the settlement proceeds, the declaration of Plaintiff's counsel supporting attorney's fees and expenses, the proposed Settlement Protection Trust Agreement, the

Description of Periodic Payments, and the Order of the Telfair Superior Court dated January 22, 2026.

Upon consideration of the documents and the proposed distribution of the settlement proceeds (to include the attorney's fees), the Court hereby **APPROVES** the settlement as fair and reasonable and in the best interest of the minor child. Accordingly, Plaintiff's motion to approve the settlement (doc. no. 17) is **GRANTED**.

Plaintiff Norma Bibiano, as A.R.'s next friend and as Administrator of the Estate of Juan Carlos Ramirez Bibiano, is hereby authorized to compromise the claims in this lawsuit. The Court further approves the form and terms of the proposed settlement preservation trust. Plaintiff Bibiano is authorized and directed to execute, settle, establish, and fund the trust on behalf of A.R., as the trust grantor, in the amount of $721,461.06 as indicated in the Motion to Approve Settlement.

The Court orders the parties to enter into a settlement release agreement regarding the claims made in these cases. The Court further directs the Department of Administrative Services (DOAS) to make the two payments on behalf of the Defendants that are contemplated by the settlement. First, DOAS shall pay the amount of $1,202,435.10 to the Prudential Assigned Settlement Services Corporation (PASSCORP) for the purchase of annuities to benefit A.R. Second, DOAS shall pay $2,047,564.90 to Plaintiff

Bibiano, as A.R.'s next friend and as Administrator to the Estate of Juan Carlos Ramirez Bibiano, and to her attorney The Chadha Jimenez Law Firm, LLC, for funding of the settlement preservation trust in favor of A.R. and payment of attorney's fees and expenses.

Upon receipt of the settlement funds, Plaintiff Bibiano shall file a Stipulation of Dismissal With Prejudice.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of February, 2026.

UNITED STATES DISTRICT JUDGE